✎ PS 8
(3/15)

Case 2:15-cr-00128-TOR   Document 57   Filed 07/14/16

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2016

SEAN F. MCAVOY, CLERK

UNITED STATES DISTRICT COURT

for

Eastern District of Washington

| U.S.A. vs. | Toulou, Debbie L. | Docket No. | 2:15CR00128-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

     COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Deborah Lynn Toulou, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge John T. Rodgers, sitting in the Court at Spokane, Washington, on the 25th day of November 2015 under the following conditions:

**Special Condition #16:** Avoid all contact, direct or indirect, with known felons and/or Co-Defendant(s). Pretrial Services may but is not required to exempt specific named individuals from this prohibition, including but not limited to immediate family members or co-workers.

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:
(If short insert here; if lengthy write on separate sheet and attach.)

**Violation #1:** The defendant allowed a convicted felon to reside in her home without obtaining prior permission from the undersigned officer.

PRAYING THAT THE COURT WILL TAKE NO ACTION

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: July 8, 2016

by  s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS
[X]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

July 14, 2016

Date